### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:03CR252** |
| **Plaintiff,** | ) | |
| vs. | ) | **ORDER** |
| **PEDRO DELEON,** | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's motion for early termination from supervised release (Filing No. 86).

IT IS ORDERED that the Defendant's motion for early termination from supervised release (Filing No. 86) is denied.

DATED this 9th day of March, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge